AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 3:20-mj-70604-AGT   Document 4   Filed 05/20/20   Page 1 of 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>KRISTOPHER J VELEZ,<br><br>Defendants. | Case No. 20-mj-70604-AGT-1<br><br>Charging District: Eastern District of CA<br><br>Charging District's Case No.: 2:19-po-00084-CKD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody on his own recognizance and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: U.S. District Court<br>Eastern District of California<br>501 I St, Sacramento CA | Courtroom No.: Hon. Carolyn K. Delaney<br>8th Floor, Dept 24<br>Date and Time: 7/16/20 at 9:30 AM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 20, 2020

_____
Alex G. Tse
United States District Judge